B18W (Form 18W) (08/07)

# United States Bankruptcy Court

Northern District of Illinois
Case No. 14–32041
**Chapter 13**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Broderick Keith McKinney
  aka Broderick K. McKinney
  7641 York St.
  Forest Park, IL 60130

Social Security / Individual Taxpayer ID No.:
  xxx–xx–3844

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

  It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

  If the trustee has filed and served a notice pursuant to Section B2 (b) of the debtor's plan, and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

FOR THE COURT

Dated: <u>October 14, 2015</u>            <u>Jeffrey P. Allsteadt, Clerk</u>
                        United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Broderick Keith McKinney  
    Debtor

Case No. 14-32041-PSH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: corrinal         Page 1 of 2           Date Rcvd: Oct 14, 2015  
                        Form ID: b18w          Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2015.

```
db              +Broderick Keith McKinney,    7641 York St.,    Forest Park, IL 60130-2505
22574359        +BMW Financial Services NA, LLC,    P.O. Box 201347,    Arlington, TX 76006-1347
22345185        +City of Chicago,    Department of Streets and Sanitation,    121 N. LaSalle Street, Room 700,
                  Chicago, IL 60602-1246
22345186        +Cook County Assesor's Office,    118 N. Clark Street,    Chicago, IL 60602-1304
22345188        +Department Of Education/MOHELA,    633 Spirit Drive,    Chesterfield, MO 63005-1243
22345189         Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
22345190        +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
22345194        +HSBC,    Attn: CLM FAP,    2929 Walden Avenue,    Depew, NY 14043-2690
22359237        +MOHELA on behalf of Dept. of ED,    MOHELA,    633 Spirit Dr,    Chesterfield MO 63005-1243
22345197        +Mohela,    Department of Education,    633 Spirit Drive,    Chesterfield, MO 63005-1243
22345200        +NCB Management Services, Inc.,    PO Box 1099,    Langhorne, PA 19047-6099
22400681        +NCB Management Services, Inc.,    1 Allied Drive,    Trevose, PA 19053-6945
22345201        +NCB Management Services, Incorporated,    One Allied Drive,
                  Feasterville Trevose, PA 19053-6945
22345198        +National City,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
22345199        +National City Home Loan Servicing,    150 Allegheny Center,    Pittsburgh, PA 15212-5335
22345203        +Ocwen Loan Servicing,    P.O. Box 6440,    Carol Stream, IL 60197-6440
22345204        +Ocwen Mortgage,    Attn: Bankruptcy,    P.O. Box 24738,    West Palm Beach, FL 33416-4738
22345205        +Real Time Resolution,    7360 S. Kyrene Road,    Tempe, AZ 85283-8432
22345206        +Real Time Resolutions,    Attn: Bankruptcy,    P.O. Box 24738,    West Palm Beach, FL 33416-4738
22345207        +Real Time Resolutions, Inc,    Attn: CT Corporation Systems, Inc.,
                  208 South LaSalle Street, 17th Fl, #814,    Chicago, IL 60604-1101
22345210        +Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
22345209         Select Portfolio Servicing,    3815 SW Temple,    Salt Lake City, UT 84165
22345211        +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
22345212        +Tria Homeowner's Association,    7705 York Street,    Forest Park, IL 60130-2505
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
22345181         EDI: BMW.COM Oct 15 2015 01:33:00     BMW Financial Services,    Attn: Bankruptcy Department,
                  Po Box 3608,    Dublin, OH 43016
22357728        +EDI: BMW.COM Oct 15 2015 01:33:00     BMW Financial Services NA, LLC,    5550 Britton Parkway,
                  Hilliard, OH 43026-7456
22345182        +EDI: CAPITALONE.COM Oct 15 2015 01:33:00     Capital One Bank,    Attn: General Correspondence,
                  Po Box 30285,    Salt Lake City, UT 84130-0285
22345183        +EDI: AIS.COM Oct 15 2015 01:33:00     Capital One, N.A. *,    c/o American Infosource,
                  P.O Box 54529,    Oklahoma City, OK 73154-1529
22345184        +EDI: CAPITALONE.COM Oct 15 2015 01:33:00     Capital One, N.A.*,    1680 Capital One Drive,
                  Mc Lean, VA 22102-3407
22345187         E-mail/Text: electronicbkydocs@nelnet.net Oct 15 2015 02:00:35     Department of Education,
                  121 S. 13th Street,    Lincoln, NE 68508-1904
22345191         EDI: RMSC.COM Oct 15 2015 01:34:00     Green Tree Servicing,    332 Minnesota Street Suite 610,
                  Saint Paul, MN 55101
22906719        +EDI: RMSC.COM Oct 15 2015 01:34:00     Green Tree Servicing LLC,    7340 S. Kyrene Rd.,
                  Recovery Dept - T120,    Tempe, AZ 85283-4573
22345192        +EDI: HFC.COM Oct 15 2015 01:33:00     HSBC,    One HSBC Center,    Buffalo, NY 14203-2842
22345193         EDI: HFC.COM Oct 15 2015 01:33:00     HSBC,    Po Box 5213,    Carol Stream, IL 60197-5213
22345196         EDI: IRS.COM Oct 15 2015 01:34:00     Internal Revenue Service,    PO Box 21126,
                  Philadelphia, PA 19114
22345202        +Fax: 407-737-5634 Oct 15 2015 03:16:43      Ocwen Loan,    1661 Worthington Road, Suite 100,
                  West Palm Beach, FL 33409-6493
22967331         EDI: PRA.COM Oct 15 2015 01:33:00     Portfolio Recovery Associates, LLC,
                  successor to CAPITAL ONE, NA,    (CAPITAL ONE),    POB 41067,    Norfolk, VA 23541
22345208         E-mail/Text: bkdepartment@rtresolutions.com Oct 15 2015 02:00:54
                  Real Time Resolutions, Inc.,    PO Box 36655,    Dallas, TX 75235
23130621         E-mail/Text: bkdepartment@rtresolutions.com Oct 15 2015 02:00:54
                  Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                  Dallas, Texas 75247-4029
22966896        +E-mail/Text: bkdepartment@rtresolutions.com Oct 15 2015 02:00:54
                  Real Time Resolutions, Inc.,    Agent for RTR Capital, L.P.,    1349 Empire Central Ste. 150,
                  Dallas, TX 75247-4029
                                                                                               TOTAL: 16
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22345195*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: corrinal              Page 2 of 2                   Date Rcvd: Oct 14, 2015
                              Form ID: b18w               Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2015                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 14, 2015 at the address(es) listed below:
              Charles L. Magerski    on behalf of Debtor Broderick Keith McKinney Cmagerski@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
               m;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Marilyn O Marshall     courtdocs@chi13.com
              Meredith S Fox    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for HSI
               Asset Securitization Corporation Trust 2005-NC1, Mortgage Pass-Through Certificates, Series
               2005-NC1 bknotice@klueverplatt.com
              Nathan C Volheim    on behalf of Debtor Broderick Keith McKinney courtinfo@sulaimanlaw.com,
               molly.a@consumerlawpartners.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```